E-Filed: **1/6/2009**

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE PAGE ) | CASE NO. ED CV 08-1653 GHK |
| Petitioner, ) | **DEATH PENALTY** |
| v. ) | |
| ) | JUDGMENT |
| ROBERT L. AYERS, JR., Warden of ) California State Prison at San Quentin, ) | |
| Respondent. ) | |

IT IS HEREBY ORDERED, AJUDGED, AND DECREED that, due to the death of petitioner Terrance Page, this action is DISMISSED with prejudice.

IT IS SO ORDERED.

Dated:   January __6__, 2009

_____
GEORGE H. KING
United States District Judge